GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
ADAM WILSON, SBN 206107
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone:  (415) 393-8200
Facsimile:  (415) 986-5309
JSanders@gibsondunn.com
adamwilson@gibsondunn.com

ARNOLD & PORTER
RONALD C. REDCAY, SBN 67236
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-2513
Telephone:  (213) 243-4002
Facsimile:   (213) 243-4199
Ronald_Redcay@aporter.com

Attorneys for Defendants
MICRON TECHNOLOGY, INC. and
MICRON SEMICONDUCTOR PRODUCTS, INC.

[Additional Counsel and Parties Appear at End]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMIE MAITES, et al., | Civil No. 06-cv-06542 SBA |
| Plaintiff, | MDL 1819 (pending) |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; ORDER** |
| Defendants. | |
| _____ | |

Pursuant to Civil Local Rules 16-2(e) and 7-12 of the United States District Court for the

Northern District of California, the following parties hereby stipulate to continuing the deadlines set

1

forth in the Case Management Scheduling Orders filed October 19, 2006 and October 27, 2006 (Documents 2 and 3), for the following good cause:

1. At least 51 complaints have been filed to date in federal district courts by plaintiffs bringing class actions on behalf of either direct or indirect purchasers alleging price fixing by manufacturers of Static Random Access Memory ("SRAM") (collectively, the "SRAM cases").

2. There is currently pending before the Judicial Panel on Multidistrict Litigation ("JPML") (MDL case number 1819) a motion to transfer SRAM cases for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

3. On November 15, 2006, several defendants in the SRAM cases filed with the JPML a schedule identifying the above-captioned case as a potential tag-along action to pending MDL 1819.

4. On December 14, 2006, the JPML issued a Notice of Hearing Session stating that the request to consolidate the SRAM cases will be heard by the JPML on January 25, 2007.

5. The parties agree that, at some point subsequent to that hearing, the JPML is likely to grant the transfer and coordination or consolidation request.

6. In light of the pending consolidation request before the JPML, Plaintiffs and Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc. stipulated on November 13, 2006 to extend the time for Defendants to respond to the Complaint in the above-captioned action to the earlier of the following two dates:  (1) thirty days after the filing of a Consolidated Amended Complaint in the SRAM cases; or (2) thirty days after Plaintiffs provide written notice that they do not intend to file a Consolidated Amended Complaint, provided that such notice may be given only at or after the initial case management conference in the MDL transferee court in this case.  Upon information and belief, all other defendants in this case joined that Stipulation.  There have not been any other time modifications in this case.

7. Anticipating a decision by the JPML, two courts in this district have already denied a series of administrative motions to consider whether certain SRAM cases should be related.  These courts denied all of these motions without prejudice to renewal following the resolution of the proceedings before the JPML.  *See Dataplex, Inc. v. Alliance Semiconductor Corp., et. al*, No. 06-

1  6491 CW (12/14/06 Order of Judge Wilken); *see also In re DRAM Litigation*, No. M02-1486 PJH
2  (11/15/06 Order of Judge Hamilton).

3      8.  Also anticipating a decision by the JPML, two additional courts in this district have
4  recently either stayed an SRAM proceeding or continued case management deadlines in three SRAM
5  actions.  See *Reclaim Center, Inc., et al. v. Samsung Electronics Co., Ltd., et al.*, No. 06-6533
6  (12/22/06 Order of Judge Illston to stay proceeding pending decision by JPML); *Madsen v. Samsung*
7  *Electronics Co., Ltd., et al.*, No. 06-6541 (12/22/06 Order of Judge Illston to continue case
8  management deadlines pending decision by JPML); *Ma v. Alliance Semiconductor Corp., et al.,* No.
9  06-6511 (12/20/06 Order of Judge Laporte to continue case management deadlines and conference
10 pending decision by JPML).

11     9.  Given the January 25, 2007 hearing date for pending MDL 1819, the dates set forth in the
12 Case Management Scheduling Orders filed October 19, 2006 and October 27, 2006 in the above-
13 captioned case, including deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16,
14 and ADR Local Rule 3.5, will come to pass before the JPML acts on the pending request.

15     10.  Continuing the dates set forth in the Case Management Scheduling Orders filed October
16 19, 2006 and October 27, 2006 pending the JPML's resolution of the pending transfer and
17 coordination or consolidation request would promote judicial efficiency, allow consistency in pretrial
18 rulings, and be most convenient to the parties, including the Plaintiffs in the above-captioned action.

19     11.  The parties agree that this joint stipulation does not constitute a waiver of any defense,
20 including but not limited to the defense of lack of personal or subject matter jurisdiction or improper
21 venue.

22     //
23     //
24     //
25     //
26     //
27     //
28     //

1        12.   Accordingly, the parties hereby STIPULATE to and respectfully request the Court to
CONTINUE the dates set forth in the Case Management Scheduling Orders filed October 19, 2006
and October 27, 2006 (Documents 2 and 3).  The affected dates include the deadline to meet and
confer and file Joint ADR Certification (currently December 27, 2006); the deadline to complete
Initial Disclosures, the Joint Case Management Statement, and the Rule 26(f) Report (currently
January 7, 2007); and the Initial Case Management Conference (currently January 17, 2007).  The
parties propose extending these dates 90 days to March 27, April 7, and April 18, 2007, at 2:30 p.m.
respectively.

        13.   The parties shall meet and confer prior to the Case Management Conference and shall
prepare a joint Case Management Conference Statement, which shall be filed no later than April 9,
2007.  Counsel for Plaintiffs shall be responsible for filing the Case Management Conference
Statement, as well as for arranging the Case Management Conference call.  All parties shall be on the
line and shall call (510) 637-3559 at the above indicated date and time.

Dated:  December 27, 2006                          Respectfully Submitted,

                                                   Joel S. Sanders
                                                   Adam Wilson
                                                   GIBSON, DUNN & CRUTCHER LLP
                                                   One Montgomery Street
                                                   Montgomery Tower, 31st Floor
                                                   San Francisco, CA  94104

                                                   Ronald C. Redcay
                                                   ARNOLD & PORTER LLP
                                                   777 South Figueroa Street, 44th Floor
                                                   Los Angeles, California  90017-2513

                                                   By: /s/ Adam Wilson
                                                           Adam Wilson

                                                   Attorneys for Defendants Micron Technology,
                                                   Inc. and Micron Semiconductor Products, Inc.


Dated:  December 27, 2006                          Michael Lehmann
                                                   Jon T. King
                                                   FURTH LEHMANN & GRANT LLP
                                                   225 Bush Street, 15th Floor

4

|  |  |
|---|---|
| 1 | San Francisco, CA 94104 |
| 2 | By: __/s/ Jon T. King_____ |
| 3 | Jon T. King |
| 4 | Attorneys for Plaintiffs Jamie Maites and Stephanie Truong |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT DEADLINES; CASE NO. C-06-cv-6542 SBA

DATED:  December 27, 2006 Respectfully submitted:

By:  /s/ Anita F. Stork
Anita F. Stork
James R. Atwood
Tara M. Steeley
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111

Attorneys for Defendant Integrated Device Technology, Inc.

DATED:  December 27, 2006 Respectfully submitted:

By:  /s/ Ted Lindquist
Gary L. Halling
James L. McGinnis
Ted Lindquist
Mona Solouki
Tiffany Lee
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111

Attorneys for Defendant Samsung Semiconductor, Inc.

DATED:  December 27, 2006 Respectfully submitted:

By:  /s/ Peter Nemerovski
Kenneth O'Rourke
Peter Nemerovski
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA  90071

Attorneys for Defendant
Hynix Semiconductor America, Inc.

DATED:  December 27, 2006          Respectfully submitted:

By:   /s/ Steven Morrissett
Steven Morrissett
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA  94304

Attorneys for Defendant Winbond
Electronics Corporation America, Inc.

DATED:  December 27, 2006          Respectfully submitted:

By:   /s/ Paul Griffin
Robert Pringle
Paul Griffin
Jonathan Swartz
THELEN REID BROWN RAYSMAN &
STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA  94105

Attorneys for Defendant NEC Electronics
America, Inc.

DATED:  December 27, 2006          Respectfully submitted:

By:   /s/ Robert P. Feldman
Robert P. Feldman
Maura Rees
WILSON SONSINI GOODRICH &
ROSATI
650 Page Mill Road
Palo Alto, CA  94304

Attorneys for Defendant Cypress
Semiconductor, Inc.

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT DEADLINES;
CASE NO. C-06-cv-6542 SBA

DATED:  December 27, 2006            Respectfully submitted:


By:   /s/ Kevin C. McCann
      Kevin C. McCann
      Shinyung Oh
      PAUL, HASTINGS, JANOFSKY &
      WALKER LLP
      55 Second Street, 24th Floor
      San Francisco, CA  94105

       Attorneys for Defendant Alliance
       Semiconductor Corporation


DATED:  December 27, 2006            Respectfully submitted:


By:    [Please see attached signature sheet]
      Jeffrey M.  Shohet
      Mark Hamer
      Alice Detwiler
      DLA PIPER US, LLP
      401 B Street
      Suite 1700
      San Diego, CA  92101

      Attorneys for Defendant GSI Technology,
      Inc.


DATED:  December 27, 2006            Respectfully submitted:


By:   /s/ Daniel E. Alberti
      Daniel E. Alberti
      MCDERMOTT WILL & EMERY LLP
      3150 Porter Drive
      Palo Alto, CA 94304

      Attorneys for Defendants Hitachi America,
      Ltd. and Renesas Technology America, Inc.

8

DATED:  December 27, 2006                Respectfully submitted:


By:   /s/ David Eiseman
David Eiseman
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111

Attorneys for Defendant IBM Corporation


DATED:  December 27, 2006                Respectfully submitted:


By:   /s/ Michael D. Lisi
Michael D. Lisi
KRIEG, KELLER, SLOAN, REILLEY &
ROMAN LLP
114 Sansome Street
Suite 400
San Francisco, CA 94104-3898

Attorneys for Defendant Mitsubishi Electric
& Electronics USA, Inc.


DATED:  December 27, 2006                Respectfully submitted:


By:   /s/ Daniel A. Rozansky
Daniel A. Rozansky
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, #18
Los Angeles, CA 90067

Attorneys for Defendants Epson America,
Inc. and Epson Electronics America, Inc.

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT DEADLINES;
CASE NO. C-06-cv-6542 SBA

Gibson, Dunn &
Crutcher LLP

DATED:  December 27, 2006          Respectfully submitted:

By:  /s/ Roxane Polidora
Roxane Polidora
John Janhunen
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
50 Fremont Street
San Francisco, CA  94105

Attorneys for Defendant Sharp Electronics Corporation

DATED:  December 27, 2006          Respectfully submitted:

By:  /s/ Elisabeth Brown
Stephen V. Bomse
David M. Goldstein
Elisabeth Brown
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104

Attorneys for Defendants Sony Corporation of America and Sony Electronics Inc.

DATED:  December 27, 2006          Respectfully submitted:

By:  /s/ Teague I. Donahey
Russell L. Johnson
Edward V. Anderson
Teague I. Donahey
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA  94104-1715

Attorneys for Defendant STMicroelectronics, Inc.

10

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT DEADLINES; CASE NO. C-06-cv-6542 SBA

Gibson, Dunn & Crutcher LLP

DATED:  December 27, 2006                    Respectfully submitted:

By:   /s/ Belinda Lee
Belinda Lee
Andrea Yamamoto
LATHAM & WATKINS
633 West Fifth Street
Suite 4000
Los Angeles, CA  90071-2007

Attorneys for Defendants Toshiba America, Inc. and Toshiba America Electronic Components, Inc.

DATED:  December 27, 2006                    Respectfully submitted:

By:   /s/ Taryn Lam
Taryn Lam
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306

Attorneys for Defendant Integrated Silicon Solution, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: 1/3/07                              _____
                                           THE HONORABLE SAUNDRA BROWN ARMSTRONG

                                           United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT DEADLINES; CASE NO. C-06-cv-6542 SBA

Gibson, Dunn & Crutcher LLP

I, Adam Wilson, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order To Continue Case Management Deadlines. I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories, and that each of the signatories has provided me with written permission to sign their names to this document.

Dated: December 27, 2006

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Adam Wilson
    Adam Wilson

Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn &
Crutcher LLP

14

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT DEADLINES;
CASE NO. C-06-cv-6542 SBA